# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CATHERINE HOLMES,

    Plaintiff,

v.

CHASE BANK USA, N.A. and
INFINITY MORTGAGE,

    Defendants.
_____/

Case No. 11-10243

HONORABLE DENISE PAGE HOOD

## JUDGMENT

Pursuant to the Order entered this date dismissing this action, accordingly,

Judgment is entered in favor of Defendant Chase Bank USA, N.A. and against Plaintiff Catherine Holmes.

                    DAVID J. WEAVER
                    CLERK OF COURT

Approved:                                  By: s/LaShawn R. Saulsberry
                                          Deputy Clerk

s/Denise Page Hood
United States District Judge

DATED: October 31, 2011

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Catherine Holmes, 4573 Oregon, Detroit, MI 48204 and counsel of record on October 31, 2011, by electronic and/or ordinary mail.

                                           s/LaShawn R. Saulsberry
                                           Case Manager