**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


CATHERINE HOLMES,

     Plaintiff,

                                        Case No. 11-10243

v.

                                     HONORABLE DENISE PAGE HOOD

CHASE BANK USA, N.A. and
INFINITY MORTGAGE,

     Defendants.

_____/


**<u>JUDGMENT</u>**

     Pursuant to the Order entered this date dismissing this action, accordingly,

     Judgment is entered in favor of Defendant Chase Bank USA, N.A. and against Plaintiff

Catherine Holmes.


                                      DAVID J. WEAVER
                                      CLERK OF COURT


Approved:                              By: s/LaShawn R. Saulsberry
                                     Deputy Clerk

s/Denise Page Hood_____
United States District Judge

DATED: October 31, 2011

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Catherine Holmes, 4573 Oregon, Detroit, MI 48204 and counsel of record on October 31, 2011, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager